In re W. J. SCHMIDT & CO. (Circuit Court of Appeals, Second Circuit. December 15, 1908.) No. 44. Petition to Review an Order of the District Court of the United States for the Southern District of New York. The trus-

tee in bankruptcy was directed to pay the fees of the sheriff of New York on two executions levied upon property of the bankrupt within four months prior to filing of the petition in bankruptcy. Goeller, Shaffer & Eisler, for petitioner. Maurice B. Blumenthal (Valentine Taylor, of counsel), for claimant. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. There is no need to discuss the constitutional questions which have been argued. We are satisfied that the language used by Congress in the sixty-seventh section of the bankrupt act (Act July 1, 1898, c. 541, 30 Stat. 565 [U. S. Comp. St. 1901, p. 3450]), providing that levies under judgment within the period named "shall be deemed null and void" was not intended to deprive state's officer of his statutory fees, accruing prior to bankruptcy, under proceedings in the state courts, which were in all respects regular and in accordance with the state law and practice. The order is affirmed.